IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| vs. ) | CASE NO. DNCW3:92CR30 | |
| ) | and DNCW3:93CR43 | |
| LARRY WAYNE GALLOWAY, ) | (Financial Litigation Unit) | |
| Defendant. ) | | |
| and ) | | |
| ) | | |
| STATESVILLE AVENUE GARAGE, ) | | |
| Garnishee. ) | | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed May 25, 2012, in this case against the defendant, Larry Wayne Galloway, is DISMISSED.

Signed: June 13, 2012

Frank D. Whitney
United States District Judge